Prob 35
(12/98)

Report and Order Terminating
Supervised Release
Prior to Original Expiration Date

**FILED**

# United States District Court
## FOR THE
## Southern District of Illinois

MAY 09 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES OF AMERICA

v.

SANDRA POTTS

Crim. No.
03-40029-JPG

On August 10, 1999, the above named was sentenced to 63 months imprisonment to be followed by a 36-month term of supervised release. On March 6, 2003, the offender was released from confinement and began supervision. Inasmuch as the offender has satisfied or complied with all conditions and is no longer in need of supervision, it is accordingly recommended that she be discharged from supervised release.

Respectfully submitted,

Jay Wheeler
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 9th day of May, 2005.

United States District Judge